**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000030
09-MAR-2018
08:24 AM**</span>

NO. CAAP-15-0000030

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TERI NGUYEN, Plaintiff-Appellant, v.
LAUREL YANAGI, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
KA'Ū DIVISION
(CASE NO. 3RC14-1-493K)

ORDER DENYING THE MARCH 1, 2018 WRIT OF ERROR
(By: Fujise, Acting C.J., and Reifurth and Chan, JJ.)

Upon consideration of the "Writ of Error, Void Judgment of 2/26/18 summary disposition" filed on March 1, 2018 by Plaintiff-Appellant Teri Nguyen, which we construe to be a motion for reconsideration of the Summary Disposition Order filed on February 26, 2018,

IT IS HEREBY ORDERED that the writ of error is denied.

DATED: Honolulu, Hawai'i, March 9, 2018.

Acting Chief Judge

Associate Judge

Associate Judge